UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

STEPHEN M. WELCH                                                                                    PLAINTIFF

v.                                                                      CIVIL ACTION NO. 3:14cv388-DPJ-LRA

CAROLYN COLVIN, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                                      DEFENDANT


ORDER

Stephen Welch brought this action to obtain judicial review of a final decision of the Commissioner of the Social Security Administration.  This cause is before the Court on the Report and Recommendation [15] of the United States Magistrate Judge, after referral of hearing by this Court.  Judge Linda R. Anderson recommended denying the Commissioner's Motion to Affirm [11] and remanding the matter to the Commissioner for further proceedings.  The deadline to object has now passed without objection.

The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [15] of United States Magistrate Judge Linda R. Anderson be, and the same is hereby, adopted as the finding of this Court.  The Commissioner's Motion to Affirm [11] is denied; this cause is remanded to the Commissioner for further consideration consistent with the Report and Recommendation [15].

**SO ORDERED AND ADJUDGED** this the 19th day of August, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE